# EXHIBIT C

# BECA
## Brevard Electronic Court Application

| | |
|---|---|
| Case Number: 05-2022-CA-050503-XXXX-XX | Case Type: ON |
| Date Filed: 10/25/2022 | Case Status: ORIGINAL PENDING |
| Status Date: 10/25/2022 | Judge: MICHELLE NABERHAUS |
| Jurisdiction: CENTRAL | Charging Agency: NONE |

### Participants

| Type | Name | DL Number | Race | Gender | DOB | Address 1 | Address 2 | City State Zip |
|---|---|---|---|---|---|---|---|---|
| DEFENDANT (1) | AMERICAN AIRLINES INC | | | | | CO CORPORATION SERVICE COMPANY | 1201 HAYS ST | TALLAHASSEE, FL 32301-2683 |
| ATTORNEY FOR: D1 | DAHL PATRICK K | | | | | 515 E LAS OLAS BLVD STE 1400 | | FORT LAUDERDALE, FL 33301-4250 |
| DEFENDANT (2) | MENZIES AVIATION USA INC | | | | | C/O REGIESTERED AGENT CSC | 1201 HAYS ST | TALLAHASSEE, FL 32301-2699 |
| ATTORNEY FOR: D2 | BURTON ELI G | | | | | 701 BRICKELL AVE STE 1550 | | MIAMI, FL 33131-2824 |
| ATTORNEY FOR: D2 | MAGGIO JOHN | | | | | 701 BRICKELL AVE STE 1550 | | MIAMI, FL 33131-2824 |
| PLAINTIFF (1) | WARD THOMAS | | | | | NO ADDRESS INFORMATION AVAILABLE | | |
| ATTORNEY FOR: P1 | MUGGEO LOUIS J | | | | | 133 WASHINGTON ST | | SALEM, MA 01970-3573 |
| PLAINTIFF (2) | WARD CYNTHIA | | | | | NO ADDRESS INFORMATION AVAILABLE | | |
| ATTORNEY FOR: P2 | MUGGEO LOUIS J | | | | | 133 WASHINGTON ST | | SALEM, MA 01970-3573 |

### Register of Actions

| Event Date | Document Number | Description | Page Count | Amount |
|---|---|---|---|---|
| 10/25/2022 | 1 | COMPLAINT WITH DEMAND FOR JURY TRIAL | 6 | |
| 10/25/2022 | | ASM: CIRCUIT CIVIL FILING FEE | | 401.00 |
| 10/25/2022 | | ASM: ISSUE CIRCUIT SUMMONS | | 20.00 |
| 10/25/2022 | | ORIGINAL FILING UPDATED | | |
| 10/26/2022 | 2 | ADMINISTRATIVE ORDER 21-24 PROPOSED CASE MANAGEMENT PLAN | 3 | |
| 10/26/2022 | | PROPOSED SUMMONS TO BE ISSUED | 1 | |
| 10/26/2022 | 3 | ADMINISTRATIVE ORDER 21-24 PROPOSED CASE MANAGEMENT ORDER | 3 | |
| 10/26/2022 | | PROPOSED SUMMONS TO BE ISSUED | 1 | |
| 10/27/2022 | 4 | SUMMONS ISSUED VIA E-MAIL TO ATTORNEY | 1 | |
| 10/27/2022 | 5 | SUMMONS ISSUED VIA E-MAIL TO ATTORNEY | 1 | |
| 10/27/2022 | 6 | NOTICE OF PAYMENT DUE | 2 | |
| 11/14/2022 | 9 | RETURN OR PROOF OF SERVICE | 2 | |
| 11/15/2022 | 7 | RETURN OR PROOF OF SERVICE | 1 | |
| 11/15/2022 | 8 | RETURN OR PROOF OF SERVICE | 2 | |
| 11/22/2022 | 10 | NOTICE OF APPEARANCE AND DESIGNATION OF E-MAIL ADDRESS | 2 | |
| 11/22/2022 | 11 | ANSWER AND AFFIRMATIVE DEFENSES | 11 | |
| 11/22/2022 | 12 | NOTICE OF SERVICE OF INTERROGATORIES | 2 | |
| 11/22/2022 | 13 | NOTICE OF SERVICE OF INTERROGATORIES | 2 | |
| 11/22/2022 | 14 | NOTICE OF SERVICE OF INTERROGATORIES | 2 | |

| | | | | |
|---|---|---|---|---|
| 11/22/2022 | 15 | REQUEST TO PRODUCE | 6 | |
| 11/22/2022 | 16 | NOTICE OF TAKING DEPOSITION | 2 | |
| 11/22/2022 | 17 | NOTICE OF TAKING DEPOSITION | 2 | |
| 11/23/2022 | 18 | ANSWER AND AFFIRMATIVE DEFENSES | 7 | |
| | | **Total Number of Document Pages** | **59** | |

## Complaints

| Complaint Date | Cause of Action | Disposition Date | Disposition Description |
|---|---|---|---|
| 10/25/2022 | OTHER NEGLIGENCE | | |

## Financials

| Name | Receivable | Amount Assessed | Amount Waived | Amount Paid | Due Date | Balance |
|---|---|---|---|---|---|---|
| WARD THOMAS | CIR CIV FILING FEE | $401.00 | $0.00 | $401.00 | | $0.00 |
| WARD THOMAS | ISSUE CIR SUMMONS | $20.00 | $0.00 | $20.00 | | $0.00 |
| **TOTALS:** | | **$421.00** | **$0.00** | **$421.00** | | **$0.00** |
| **TOTAL AMOUNT ELIGIBLE FOR A CIVIL LIEN:** | | | | | | **$0.00** |

## Payments

| Receipt | Party | Memo | Event Description | Receipt Date | Amount | Payment Type | Received From |
|---|---|---|---|---|---|---|---|
| B212601 | P 1 | | PMT: ISSUE CIRCUIT SUMMONS | 11/01/2022 | $10.00 | REGULAR CASH | LOUIS J MUGGEO ASSOCIATES |
| S233007 | P 1 | | PMT: ISSUE CIRCUIT SUMMONS | 10/28/2022 | $10.00 | REGULAR CASH | MUGGEO LOUIS J |
| S233007 | P 1 | | PMT: CIRCUIT CIVIL FILING FEE | 10/28/2022 | $401.00 | REGULAR CASH | MUGGEO LOUIS J |

## Judge History

| Date Assigned | Case Type | Judge | Description |
|---|---|---|---|
| 10/25/2022 | OTHER NEGLIGENCE | MICHELLE NABERHAUS | INITIAL ASSIGNMENT |