# EXHIBIT E

DIVISION OF CORPORATIONS



Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

# Detail by Entity Name

Foreign Profit Corporation
AMERICAN AIRLINES, INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | 857190 |
| **FEI/EIN Number** | N/A |
| **Date Filed** | 07/25/1983 |
| **State** | DE |
| **Status** | ACTIVE |

**Principal Address**

1 Skyview Drive
MD8B503
Corporate Secretary
Fort Worth, TX 76155

Changed: 04/25/2021

**Mailing Address**

1 Skyview Drive
MD8B503
Corporate Secretary
Fort Worth, TX 76155

Changed: 04/25/2021

**Registered Agent Name & Address**

CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

Name Changed: 03/22/2022

Address Changed: 03/22/2022

**Officer/Director Detail**

**Name & Address**

Title Vice President and Treasurer

Montana, Meghan

1 Skyview Drive
MD8B503
Corporate Secretary
Fort Worth, TX 76155

Title President

Isom, Robert
1 Skyview Drive
MD8B503
Corporate Secretary
Fort Worth, TX 76155

Title Secretary

Ray, Caroline
1 Skyview Drive
MD8B503
Corporate Secretary
Fort Worth, TX 76155

Title Director

Robert D, Isom
1 Skyview Drive
MD8B503
Corporate Secretary
Fort Worth, TX 76155

Title Director

Stephen L, Johnson
1 Skyview Drive
MD8B503
Corporate Secretary
Fort Worth, TX 76155

Title Director

Derek J, Kerr
1 Skyview Drive
MD8B503
Corporate Secretary
Fort Worth, TX 76155

**Annual Reports**

| Report Year | Filed Date |
| --- | --- |
| 2021 | 04/25/2021 |
| 2021 | 07/23/2021 |
| 2022 | 04/20/2022 |

**Document Images**

| | |
|---|---|
| 04/20/2022 -- ANNUAL REPORT | View image in PDF format |
| 03/22/2022 -- Reg. Agent Change | View image in PDF format |
| 07/23/2021 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 04/25/2021 -- ANNUAL REPORT | View image in PDF format |
| 03/12/2020 -- ANNUAL REPORT | View image in PDF format |
| 04/29/2019 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 03/26/2019 -- ANNUAL REPORT | View image in PDF format |
| 04/20/2018 -- ANNUAL REPORT | View image in PDF format |
| 04/25/2017 -- ANNUAL REPORT | View image in PDF format |
| 04/13/2016 -- ANNUAL REPORT | View image in PDF format |
| 03/25/2015 -- ANNUAL REPORT | View image in PDF format |
| 04/22/2014 -- ANNUAL REPORT | View image in PDF format |
| 04/24/2013 -- ANNUAL REPORT | View image in PDF format |
| 04/19/2012 -- ANNUAL REPORT | View image in PDF format |
| 04/18/2011 -- ANNUAL REPORT | View image in PDF format |
| 04/16/2010 -- ANNUAL REPORT | View image in PDF format |
| 04/22/2009 -- ANNUAL REPORT | View image in PDF format |
| 04/29/2008 -- ANNUAL REPORT | View image in PDF format |
| 04/27/2007 -- ANNUAL REPORT | View image in PDF format |
| 02/03/2006 -- ANNUAL REPORT | View image in PDF format |
| 07/08/2005 -- ANNUAL REPORT | View image in PDF format |
| 08/09/2004 -- ANNUAL REPORT | View image in PDF format |
| 01/22/2003 -- ANNUAL REPORT | View image in PDF format |
| 01/30/2002 -- ANNUAL REPORT | View image in PDF format |
| 03/08/2001 -- ANNUAL REPORT | View image in PDF format |
| 01/25/2000 -- ANNUAL REPORT | View image in PDF format |
| 05/06/1999 -- ANNUAL REPORT | View image in PDF format |
| 05/18/1998 -- ANNUAL REPORT | View image in PDF format |
| 05/08/1997 -- ANNUAL REPORT | View image in PDF format |
| 04/27/1996 -- ANNUAL REPORT | View image in PDF format |
| 05/01/1995 -- ANNUAL REPORT | View image in PDF format |