# EXHIBIT F

DIVISION OF CORPORATIONS



Department of State / Division of Corporations / Search Records / Search by Entity Name /

# Detail by Entity Name

Foreign Profit Corporation
MENZIES AVIATION (USA) INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | F06000005036 |
| **FEI/EIN Number** | 23-1707864 |
| **Date Filed** | 07/31/2006 |
| **State** | DE |
| **Status** | ACTIVE |
| **Last Event** | CANCEL ADM DISS/REV |
| **Event Date Filed** | 05/29/2008 |
| **Event Effective Date** | NONE |

**Principal Address**

4900 Diplomacy Road
Fort Worth, TX 76155

Changed: 01/24/2018

**Mailing Address**

P.O. Box 610330
Dallas, TX 75261

Changed: 01/24/2018

**Registered Agent Name & Address**

CSC
1201 HAYS ST
TALLAHASEE, FL 32301

Name Changed: 05/29/2008

Address Changed: 05/29/2008

**Officer/Director Detail**

**Name & Address**

Title President, Director

REDMOND, JOHN JOSEPH

4900 Diplomacy Road
Fort Worth, TX 76155

Title Secretary, Director

Smith, Eric
4900 Diplomacy Road
Fort Worth, TX 76155

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2020 | 05/01/2020 |
| 2021 | 04/22/2021 |
| 2022 | 04/29/2022 |

**Document Images**

| | |
|---|---|
| 04/29/2022 -- ANNUAL REPORT | View image in PDF format |
| 04/22/2021 -- ANNUAL REPORT | View image in PDF format |
| 05/01/2020 -- ANNUAL REPORT | View image in PDF format |
| 01/21/2019 -- ANNUAL REPORT | View image in PDF format |
| 01/24/2018 -- ANNUAL REPORT | View image in PDF format |
| 04/19/2017 -- ANNUAL REPORT | View image in PDF format |
| 04/05/2016 -- ANNUAL REPORT | View image in PDF format |
| 04/29/2015 -- ANNUAL REPORT | View image in PDF format |
| 04/23/2014 -- ANNUAL REPORT | View image in PDF format |
| 04/18/2013 -- ANNUAL REPORT | View image in PDF format |
| 04/27/2012 -- ANNUAL REPORT | View image in PDF format |
| 04/22/2011 -- ANNUAL REPORT | View image in PDF format |
| 04/15/2010 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2009 -- ANNUAL REPORT | View image in PDF format |
| 05/29/2008 -- REINSTATEMENT | View image in PDF format |
| 07/31/2006 -- Foreign Profit | View image in PDF format |