# EXHIBIT G



# Notice of Service of Process

null / ALL  
Transmittal Number: 25828685  
Date Processed: 11/02/2022

| | |
|---|---|
| **Primary Contact:** | Tracy Adair<br>AMERICAN AIRLINES, INC.<br>1 Skyview Dr<br>Md 8B503<br>Fort Worth, TX 76155-1801 |

| | |
|---|---|
| **Entity:** | American Airlines, Inc.<br>Entity ID Number  4333094 |
| **Entity Served:** | American Airlines, Inc. |
| **Title of Action:** | Thomas Ward vs. American Airlines, Inc. |
| **Matter Name/ID:** | Thomas Ward vs. American Airlines, Inc. (13154370) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Brevard County Circuit Court, FL |
| **Case/Reference No:** | 05-2022-CA-050503-XXXX-XX |
| **Jurisdiction Served:** | Florida |
| **Date Served on CSC:** | 11/02/2022 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Louis J. Muggeo & Associates<br>978-741-1177 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**  
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

Filing # 159909626 E-Filed 10/26/2022 09:30:27 AM

THE CIRCUIT COURT OF THE 9th<br>
IN THE CIRCUIT COURT OF THE 18TH<br>
JUDICIAL CIRCUIT IN AND FOR<br>
BREVARD COUNTY, FLORIDA<br><br>
CASE NO.: 05-2022-CA-050503-XXXX-XX

THOMAS WARD and CYNTHIA WARD
Plaintiffs,

VS.

AMERICAN AIRLINES, INC. and
MENZIES AVIATION U.S.A. INC.
Defendants.

*SEAL*
*A TRUE COPY*

**SUMMONS:**

TO:   American Airlines, Inc.
c/o Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301

SERVED THIS 2 DAY OF NOV
20 22 AT 9:30 A.M.     P.M
WALT McNEIL, SHERIFF OF LEON COUNTY FL
BY _____ MW ISB _____ DS

**THE STATE OF FLORIDA**
To Each Sheriff of the State:

**YOU ARE COMMANDED** to serve this summons and a copy of the Complaint or Petition in this action on Defendant, American Airlines, Inc., c/o Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301.

Each Defendant is required to serve written defenses to the Complaint or Petition on Louis J. Muggeo, Esq. of Louis J. Muggeo & Associates, Plaintiff's attorney, whose address is 133 Washington Street, Salem, Massachusetts, within 20 days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

DATED on _____ OCTOBER 27 _____, 2022.

(SEAL)
Louis J. Muggeo, Esq.
LOUIS J. MUGGEO & ASSOCIATES
133 Washington Street
Salem, MA 01970
(978) 741-1177 (Florida Bar #0656054)
lmuggeo@ljmassoc.com

Clerk of the Circuit and County Court
Brevard, Florida

By: _____
Rachel M. Sadoff, Clerk