# EXHIBIT I

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Civil Action No.

THOMAS WARD and CYNTHIA WARD,

        Plaintiffs,

vs.

AMERICAN AIRLINES, INC., and MENZIES
AVIATION U.S.A., INC.,

        Defendants.
_____/

**CONSENT TO REMOVAL**

Defendant Menzies Aviation U.S.A., Inc. (herein "Menzies") by and through its attorneys, Condon & Forsyth LLP., hereby submits its consent to defendant American Airlines Inc.'s (herein "American") removal of this action, and in support states as follows:

1. On or about October 27, 2022, Plaintiffs filed its Complaint in the Eighteenth Judicial Circuit, Brevard County, Florida, Case No. 05-2022-CA-050503. A true and correct copy of the Complaint is attached to the Notice of Removal as Exhibit A.

2. Defendant Menzies was served with the original Complaint on or about November 2, 2022.

3. On December 2, 2022, American filed its Notice of Removal of this action from the Eighteenth Judicial Circuit, Brevard County, Florida, Case No. 05-2022-CA-050503 to this Court.

4. Menzies hereby consents to American's removal of this action.

Respectfully submitted,

CONDON & FORSYTH LLP

By_____
      John Maggio

                Florida Bar No. 0125425
                701 Brickell Avenue, Suite 1550
                Miami, Florida 33131
                Tel: (305) 492-7303
                Email: jmaggio@condonlaw.com

*Attorneys for Defendant*
*Menzies Aviation U.S.A., Inc.*