AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| THOMAS WARD, ET. AL. | ) |
| *Plaintiff* | ) |
| v. | ) Case No.: 6:22-cv-2229 |
| AMERICAN AIRLINES, INC., ET. AL. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

AMERICAN AIRLINES, INC.

Date: 12/02/2022

/s/ Patrick K. Dahl
*Attorney's signature*

Patrick K. Dahl; FL Bar No. 84109
*Printed name and bar number*
Morgan & Akins, PLLC
501 E. Las Olas Boulevard
Suite 300
Ft. Lauderdale, FL  33301
*Address*

pdahl@morganakins.com
*E-mail address*

(754) 255-3010
*Telephone number*

(215) 600-1303
*FAX number*