UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:22-cv-2229

THOMAS WARD and CYNTHIA
WARD,

    Plaintiffs,

vs.

AMERICAN AIRLINES, INC., and
MENZIES AVIATION U.S.A., INC.,

    Defendants.
_____/

**DISCLOSURE STATEMENT PURSANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

Defendant, American Airlines, Inc., by and through its attorneys, Morgan & Akins, PLLC, pursuant to and in accordance with Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.03 of the Local Rules for the United States District Court for the Middle District of Florida, makes the following disclosure(s):

1.    If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is not such corporation:

    a.    The parent corporation of American Airlines, Inc., is American Airlines Group, Inc., a publicly held corporation. American Airlines Group, Inc., owns 100% of American Airlines, Inc.'s stock.

2.    If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is

attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]]:

    a.    Pursuant to 28 U.S.C. § 1332(c)(1), Defendant, American Airlines, Inc., is a citizen of Delaware (state of incorporation), and Texas (principal place of business);

    b.    Upon information and belief, and pursuant to 28 U.S.C. § 1332(c)(1), Co-Defendant, Menzies Aviation U.S.A., Inc., is a citizen of Delaware (state of incorporation), and Texas (principal place of business);

    c.    Upon information and belief, and pursuant to 28 U.S.C. § 1332, the Plaintiff, Thomas Ward, is a resident and citizen of North Andover, Essex County, Massachusetts.

    d.    Upon information and belief, and pursuant to 28 U.S.C. § 1332, the Plaintiff, Cynthia Ward, is a resident and citizen of North Andover, Essex County, Massachusetts.

3.    Identify each person – including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity – that has or might have an interest in the outcome:

    a.    American Airlines, Inc. – Defendant

    b.    Menzies Aviation U.S.A., Inc. – Defendant

    c.    Thomas Ward – Plaintiff

---

[1] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be.  See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011).

      d.      Cynthia Ward – Plaintiff

      e.      Patrick K. Dahl, Esq. (counsel for American Airlines, Inc.)
Morgan & Akins, PLLC
501 E. Las Olas Blvd.
Suite 300
Ft. Lauderdale, FL  33301

      f.      John Maggio, Esq. (counsel for Menzies Aviation U.S.A., Inc.)
Eli G. Burton, Esq. (counsel for Menzies Aviation U.S.A., Inc.)
Condon & Forsyth, LLP
701 Brickell Avenue
Suite 1550
Miami, FL  33131

      g.      Louis J. Muggeo, Esq. (counsel for Plaintiffs)
Louis J. Muggeo & Associates
133 Washington Street
Salem, MA  01970

4.      Identify each entity with publicly traded shares or debt potentially affected by the outcome:

None known at this time.

5.      Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

None known at this time.

6.      Identify each person arguably eligible for restitution:

      a.      Thomas Ward – individual

      b.      Cynthia Ward – individual.

X      I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

        Respectfully submitted,

        */s/ Patrick K. Dahl*
        Patrick K. Dahl, Esquire (084109)
        pdahl@morganakins.com
        Florida Bar No. 084109
        MORGAN & AKINS, PLLC
        Attorneys for American Airlines, Inc.
        501 E. Las Olas Boulevard
        Suite 300
        Ft. Lauderdale, FL 33301
        Phone: (754) 255-3010
        Fax: (215) 600-1303

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on December 2, 2022, and the foregoing document is being served this day on all counsel or parties of record on the Service List below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

        /s/ Patrick K Dahl
        Patrick K. Dahl, Esquire

## **SERVICE LIST**

Louis J. Muggeo, Esq.
LOUIS J. MUGGEO & ASSOCIATES
133 Washington Street
Salem, MA 01970
lmuggeo@ljmassoc.com

John Maggio, Esq.
Eli G. Burton, Esq.
Condon & Forsyth, LLP
701 Brickell Avenue
Suite 1550
Miami, FL 33131
jmaggio@condonlaw.com
eburton@condonlaw.com