UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:22-cv-2229-RBD-DAB

THOMAS WARD and CYNTHIA WARD,

    Plaintiffs,

vs.

AMERICAN AIRLINES, INC., and MENZIES AVIATION U.S.A., INC.,

    Defendants.

_____/

## AMERICAN'S NOTICE OF LEAD COUNSEL DESIGNATION

Defendant, American Airlines, Inc., by and through its attorneys, Morgan & Akins, PLLC, pursuant to and in accordance with Local Rule 2.02(a) of the United States District Court for the Middle District of Florida and the "Notice to Counsel," dated December 5, 2022 [DE 7], submits this Notice of Lead Counsel Designation. In support thereof, American states as follows:

1.    Patrick K. Dahl, Esq., Florida Bar No. 84109, of the law firm of Morgan & Akins, PLLC, 501 E. Las Olas Blvd., Suite 300, Ft. Lauderdale, Florida 33301, is designated lead counsel in this action.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

CASE NO.: 6:22-cv-2229-RBD-DAB

Respectfully submitted,

/s/ *Patrick K. Dahl*
Patrick K. Dahl, Esquire (084109)
pdahl@morganakins.com
Florida Bar No. 084109
MORGAN & AKINS, PLLC
Attorneys for American Airlines, Inc.
501 E. Las Olas Boulevard
Suite 300
Ft. Lauderdale, FL 33301
Phone: (754) 255-3010
Fax: (215) 600-1303

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on December 2, 2022, and the foregoing document is being served this day on all counsel or parties of record on the Service List below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

\_\_\_/s/ Patrick K Dahl_____
Patrick K. Dahl, Esquire

## SERVICE LIST

Louis J. Muggeo, Esq.
LOUIS J. MUGGEO & ASSOCIATES
133 Washington Street
Salem, MA  01970
lmuggeo@ljmassoc.com

John Maggio, Esq.
Eli G. Burton, Esq.
Condon & Forsyth, LLP
701 Brickell Avenue
Suite 1550
Miami, FL  33131
jmaggio@condonlaw.com
eburton@condonlaw.com