## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**THOMAS WARD and CYNTHIA WARD,**

      **Plaintiffs,**

**v.**                                                 **Case No: 6:22-cv-2229-RBD-DAB**

**AMERICAN AIRLINES, INC. and MENZIES AVIATION U.S.A., INC.,**

      **Defendants.**

___

### STANDING ORDER ON DISCOVERY MOTIONS

In an effort "to secure the just, speedy, and inexpensive determination" of any action in which this Order is filed, Federal Rule of Civil Procedure 1, it is **ORDERED** as follows:

(1) If a discovery dispute arises, the parties must confer in person or via telephone in a good faith effort to resolve the dispute before seeking court intervention. *See* Local Rule 3.01(g).

(2) If the parties are unable to resolve the discovery dispute, a party may seek court intervention, but must do so by filing a Short-Form Discovery Motion (the "Motion) in compliance with this Order. **Neither the Motion nor any response thereto shall exceed 500 words**, exclusive of caption, signature block, and certifications.

(3) The Movant must attach to the Motion the discovery request and discovery response (if applicable).

(4) If time-sensitive, the Motion must be filed and captioned as "time-sensitive."

(5) **Any party opposing the Motion shall file a response no later than seven calendar days after the Motion is filed** (see Federal Rule of Civil Procedure 6(a)); a failure to file a timely response will result in the Motion being deemed unopposed.

(6) To resolve the dispute, the Court may decide the dispute on the basis of the Motion and any response, set a hearing, or order further briefing.

(7) In the Motion or response, a party may request additional briefing, but such a request must accompany, and not replace, the substantive argument.

(8) The parties must continue to confer concerning the dispute and must promptly notify the Court if they resolve the Motion in whole or in part.

(9) **If a hearing is set, the parties shall file a joint notice two calendar days before the hearing** certifying ongoing conferral and stating which issues, if any, have been resolved.

The Court expects all parties to act courteously and professionally in the resolution of their discovery disputes. The Court may impose appropriate

sanctions upon a finding of failure to comply with this Order or upon a finding of other discovery misconduct.

**DONE** and **ORDERED** in Orlando, Florida on December 5, 2022.

_David A. Baker_
_____
**DAVID A. BAKER**
**UNITED STATES MAGISTRATE JUDGE**

Copies furnished to:
Counsel of Record
Unrepresented Parties