UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:22-cv-2229-RBD-DAB

THOMAS WARD and CYNTHIA WARD,

    Plaintiffs,

vs.

AMERICAN AIRLINES, INC., and
MENZIES AVIATION U.S.A., INC.,

    Defendants.
_____/

## **NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.07(c) and the Court's December 5, 2022 Order [DE 8], I certify that the instant action is related to pending or closed civil or criminal cases(s) previously filed in this Court, or any other Federal or State court, or administrative agency indicated below:

    This action IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

CASE NO.: 6:22-cv-2229-RBD-DAB

Dated: December 19, 2022

Respectfully submitted,

_/s/ Patrick K. Dahl_
Patrick K. Dahl, Esquire (084109)
pdahl@morganakins.com
Florida Bar No. 084109
MORGAN & AKINS, PLLC
Attorneys for American Airlines, Inc.
501 E. Las Olas Boulevard
Suite 300
Ft. Lauderdale, FL 33301
Phone: (754) 255-3010
Fax: (215) 600-1303

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on December 19, 2022, and the foregoing document is being served this day on all counsel or parties of record on the Service List below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

_____/s/ Patrick K Dahl_____
Patrick K. Dahl, Esquire

## SERVICE LIST

Louis J. Muggeo, Esq.
LOUIS J. MUGGEO & ASSOCIATES
133 Washington Street
Salem, MA  01970
lmuggeo@ljmassoc.com

John Maggio, Esq.
Eli G. Burton, Esq.
Condon & Forsyth, LLP
701 Brickell Avenue
Suite 1550
Miami, FL  33131

CASE NO.: 6:22-cv-2229-RBD-DAB

jmaggio@condonlaw.com
eburton@condonlaw.com