# EXHIBIT A



# William Francis Galvin
## Secretary of the Commonwealth of Massachusetts



HOME    DIRECTIONS    CONTACT US

- Citizen Informat on Serv ce
- Commonwealth Museum
- Corporations
- Elect ons and Voting
- Lobbyist
- Archives
- Massachusetts Histor cal Commission
- Public Records
- Publications and Regulations / Bookstore
- Registry of Deeds
- Securities
- State House Tours
- Agency Records Center
- Regional Off ces
- Address Confidential ty Program (ACP)
- Census

# Elections and Voting

## Voter registration status

**Note:** All links presented on the page open in a new window or tab

Voter registration information is updated daily based on data received from city and town election departments. Last update: Wednesday, December 28, 2022 4:31 AM

If the information below is no longer accurate, submit a new voter registration form online (opens in new window or tab).

If you have recently made changes to your voter registration, including address and/or party enrollment, please check with your local election official regarding eligibility to vote in the next election.

**Voter registration details for:**

Name: THOMAS J WARD                Voting Status: **ACTIVE**

Date of Birth: ▇▇▇▇▇▇              Party Enrollment: ▇▇▇▇▇▇

Residential Address: 11 ARDMORE CT NORTH ANDOVER, MA 01845

**Vote at the following location:**

| | | | |
|---|---|---|---|
| Ward Number: | 0 | Precinct Number: | 03 |
| Facility Name: | NORTH ANDOVER HIGH SCHOOL | | |
| Address: | 430 OSGOOD STREET | | |

Your voting location is provided by the local elections official in the city or town where you reside. If you have any questions, contact your city or town clerk directly.

**Your city or town clerk is:**

TOWN CLERK  
120 MAIN STREET  
NORTH ANDOVER, MA  
NORTH ANDOVER, MA 01845

Phone: 978-688-9501          Email address: dwarren@northandoverma.gov

Fax: 978-688-9557            Website: www.northandoverma.gov

**Your elected officials are:**

Statewide office holders for the Commonwealth:

| | |
|---|---|
| Governor: | CHARLES D. BAKER |
| Lieutenant Governor: | KARYN E. POLITO |
| Secretary: | WILLIAM FRANCIS GALVIN |
| Auditor: | SUZANNE M. BUMP |
| Treasurer: | DEBORAH B. GOLDBERG |
| Attorney General: | MAURA HEALEY |
| U.S. Senator: | ELIZABETH A. WARREN |
| U.S. Senator: | EDWARD J. MARKEY |

New 2022 Election Districts:

| | |
|---|---|
| Congressional: | SIXTH DISTRICT |
| State Senate: | SECOND ESSEX & MIDDLESEX DISTRICT |

| | |
|---|---|
| State Representative: | FOURTEENTH ESSEX DISTRICT |
| Governor's Council: | FIFTH DISTRICT |
| District Attorney: | EASTERN DISTRICT |

To find information about your current state legislators, visit: MAlegislature.gov

[Back to search]

William Francis Galvin, Secretary of the Commonwealth of Massachusetts
Terms and Conditions
Accessibility Statement