# EXHIBIT B



# 1 OF 2 RECORD(S)

FOR INFORMATIONAL PURPOSES ONLY
Copyright 2022 LexisNexis
a division of Reed Elsevier Inc. All Rights Reserved.

Date:12/20/2022
Report processed by:
Morgan & Akins PLLC

| Full Name | Address | County | Phone |
|---|---|---|---|
| WARD, THOMAS J JR | 11 ARDMORE CT<br>NORTH ANDOVER, MA 01845-4240<br>ESSEX COUNTY | ESSEX | |

**ADDITIONAL PERSONAL INFORMATION**

| SSN | DOB | Gender | LexID(sm) | Email |
|---|---|---|---|---|
| | | Male | 002650888365 | None Listed |

**Subject Summary**

**Name Variations**
1:    THOAMS, WARD J JR
2:    THOAMS, WARD J SR
3:    THOAMS, WARD J
4:    WARD, JAMESJ JR
5:    WARD, JAMESJ SR
6:    WARD, JAMESJ J
7:    WARD, JAMESJ J SR
8:    WARD, T
9:    WARD, THOAMS J
10:   WARD, THOMAS
11:   WARD, THOMAS J JR
12:   WARD, THOMAS J
13:   WARD, THOMAS JOSEPH
14:   WARD, THOMAS W JR
15:   WARD, THOMAS W SR
16:   WARD, THOMAS W
17:   WARD, TOM JR
18:   WARD, TOM
19:   WARD, WILLIAM

**SSNs Summary**

| No. | SSN | State Iss. | Date Iss. | Warnings |
|---|---|---|---|---|
| | | Most frequent SSN attributed to subject: | | |
| 1: | | Massachusetts | | |

**DOBs**
**Reported DOBs:**



**Others Using SSN - 0 records found**
**Address Summary - 7 records found**
No.    Address



**1: Massachusetts Driver License**

**Driver Information**

- **Name:** WARD, THOMAS JOSEPH
- **Address:** 11 ARDMORE CT
  NORTH ANDOVER, MA 01845-4240
  ESSEX COUNTY
- **Data source:** Governmental: MA

**Personal Information**

- **SSN:** ▮▮▮▮▮▮▮▮
- **DOB:** ▮▮▮▮▮
- **Gender:** Male
- **Height:** 5'11"

**License Information**

- **License Type:** OPERATOR
- **License Class:** CLASS D - OPERATOR

- **Issue Date:** 02/19/2019
- **Expiration Date:** 02/2024

**Additional Driver Information**

- **DOB:** 02/1942
- **Gender:** Male
- **History:** Current
- **Height:** 5'11"

