# EXHIBIT C



# 1 OF 2 RECORD(S)

FOR INFORMATIONAL PURPOSES ONLY
Copyright 2022 LexisNexis
a division of Reed Elsevier Inc. All Rights Reserved.

Date:12/20/2022
Report processed by:
Morgan & Akins PLLC

| Full Name | Address | County | Phone |
|---|---|---|---|
| WARD, THOMAS J JR | 11 ARDMORE CT<br>NORTH ANDOVER, MA 01845-4240<br>ESSEX COUNTY | ESSEX | |

## ADDITIONAL PERSONAL INFORMATION

| SSN | DOB | Gender | LexID(sm) | Email |
|---|---|---|---|---|
| | | Male | 002650888365 | None Listed |

**Subject Summary**

**Name Variations**
1: THOAMS, WARD J JR
2: THOAMS, WARD J SR
3: THOAMS, WARD J
4: WARD, JAMESJ JR
5: WARD, JAMESJ SR
6: WARD, JAMESJ J
7: WARD, JAMESJ J SR
8: WARD, T
9: WARD, THOAMS J
10: WARD, THOMAS
11: WARD, THOMAS J JR
12: WARD, THOMAS J
13: WARD, THOMAS JOSEPH
14: WARD, THOMAS W JR
15: WARD, THOMAS W SR
16: WARD, THOMAS W
17: WARD, TOM JR
18: WARD, TOM
19: WARD, WILLIAM

**SSNs Summary**

| No. | SSN | State Iss. | Date Iss. | Warnings |
|---|---|---|---|---|
| | | Most frequent SSN attributed to subject: | | |
|  | | Massachusetts | | |

**DOBs**
**Reported DOBs:**

**Others Using SSN - 0 records found**
**Address Summary - 7 records found**
No.   Address



**1: MA MVR**

**Registrant Information**
**Registrant 1**
**Registrant:** DEROSA, TIANNA MARIE

**DOB:** 8/1973
**Address:** 11 ARDMORE CT
NORTH ANDOVER, MA 01845-4240
ESSEX COUNTY

**Registrant 2**
**Registrant:** WARD, THOMAS JOSEPH

**DOB:** 2/1942
**Address:** 11 ARDMORE CT
NORTH ANDOVER, MA 01845-4240
ESSEX COUNTY

**Lessee Information**
**Lessee 1**
**Lessee 2**

**Registration Information**
**Original Registration Date:** 8/10/2021
**Registration Date:** 8/1/2022
**Registration Expiration Date:** 8/1/2023

**Vehicle Information**
**VIN:** 3CZRU6H1XMM750501
**Class:** PASSENGER CAR/LIGHT TRUCK