# EXHIBIT D

LAW OFFICES OF
# ELDON D. GOODHUE, P.C.
458 NEWBURYPORT TURNPIKE, SUITE 3
TOPSFIELD, MA 01983
(978) 887-2000

ELDON D. GOODHUE, ESQ.

LAURIE M. MCGUIRE, Paralegal
KAREN A. BARNEY, Paralegal
JODI KEYS, Office Manager

FAX NO:   978-887-3746

EMAIL:   legal@goodhuelaw.com

August 12, 2020

Tony Cruz
Claim Analyst
American Airlines
1 Skyview Drive
Mail drop: 8B501
Fort Worth, TX  76155

RECEIVED
AUG 21 2020
RISK MGMNT

| RE: | Our client: | Thomas Ward |
|---|---|---|
| | Your insured: | American Airlines |
| | Date of accident: | 8/8/19 |
| | Claim number: | AAL-19MLB66605 |

Dear Mr. Cruz:

Our client has completed his treatment and asked that we forward this demand on his behalf with hopes that we can reach an amicable settlement of this claim.

As you know, this accident occurred on August 8, 2019 at approximately 10:00 a.m. at the Orlando Melbourne International Airport. At the time of the accident, our client was at Gate 7 and preparing to board American Airlines Flight 5621 to Charlotte, NC with the intention of continuing onto his connecting flight to Massachusetts where he resides. Mr. Ward required wheelchair assistance to board the airplane. As he was being wheeled onto the aircraft, an employee of American Airlines, carelessly and negligently, operated the wheelchair causing him to strike his right leg against door of the aircraft. The incident was witnessed by American Airlines Gate Agents Kyle Williams and Adrian Holmes and family members, Evan and Tianna DeRosa. Based upon the above facts, there can be little doubt that liability for this accident lies with your insured's employees.

When Mr. Ward's leg struck the door, he suffered a laceration to his right shin and Brevard County Fire and Rescue were called to the scene. After his wound was bandaged, he was transported to the Emergency Room of Holmes Regional Medical Center in Melbourne where Aaron St. Clair, M.D. and physician's assistant, Adam Turk saw him. Upon examination, Mr. Turk noted Mr. Ward sustained a 7 cm. skin-tear laceration. Once the area was cleaned with Betadine and anesthetized, Mr. Turk closed the laceration with 4, 4-0 sutures and a dressing was applied. On discharge, Mr. Ward was given instructions on wound care and advised to follow up with his physician as needed.

Mr. Ward is diabetic and as such, he was cautioned on closely monitoring the healing of his wound. Over the course of the next few days after returning home, the laceration and surrounding area became red, warm and discolored. After contacting his primary care office on 8/12/19, he was advised to seek immediate medical care. As a result, he sought treatment at the Emergency Room of Lawrence General

Tony Cruz
August 12, 2020
Page Two

Hospital and was examined by Laura Gould, M.D. The doctor observed "Large 15 cm wound on right lower extremity. Anterior tibia. Black eschar present with 4 sutures in situ. Surrounding erythema". It was quite clear his leg had become infected. Dr. Gould ordered laboratory tests and consultations with plastic surgery and infectious disease.

Plastic surgeon, Patrick Marasco, M.D. examined Mr. Ward and noted the open wound was "20 x 3 cm…with surrounding 3.5 cm cellulitis". John Mallen, M.D., a colleague in the plastics department evaluated Mr. Ward as well. They concurred and recommended in-patient services for a course of IV antibiotics (Cipro), daily irrigation of the wound with the application of Bacitracin and Xeroform dressings. A CT scan was ordered and performed to fully assess his injury. Upon admission to the med-surgical floor, Mr. Ward was also given Tylenol and Morphine to alleviate his acute pain.

On 8/13/19, infectious disease specialist, Karen Mello, M.D. saw Mr. Ward and found "large area of craniocaudal, approximately 8 cm x 2 cm wide with a dark, red, black soft eschar in the center…oozing of serosanguineous material from with the suture site on light compression." Based upon her findings, Dr. Mello's assessment was "Infected hematoma and laceration involving the right lower extremity in a gentleman with multiple antibiotics allergies. He is at significant risk for both infections from gram-positive cocci as well as environmental gram-negative bacteria". Mr. Ward's medication regimen was modified to add Vancomycin to prevent strep and staph infections from developing. Dr. Mello further recommended his leg be elevated and continuous labs to monitor inflammation in his body.

As Mr. Ward's recovery progressed, Dr. Marasco recommended in-patient placement at a rehabilitation facility for continuing services but he declined as the facility was not able to provide him without delay the oxygen and nebulizers he requires. Mr. Ward returned home on 8/17/19 and arrangements were made for visiting nursing, home health and physical therapy care with Pathways Healthcare. Mrs. Ward is his caregiver and was instructed to continue with the oral antibiotics and dressing changes as prescribed. The nursing and home health services began on 8/20/19. The wound protocol remained the same with cleaning, Bacitracin and Xeroform dressings done daily. Initially the sutures were to be removed on 8/25/19 but the attending nurse did not feel the laceration had healed sufficiently and a wound consult was ordered.

On 8/30/19 Mr. Ward came under the care of wound specialist, Jonathan Gordon, M.D. at Holy Family Hospital in Haverhill. Following the examination, the doctor's assessment was "Traumatic injury to right lower leg resulting in a chronic ulcer. The wound measures 7.5 cm length, 1.8 cm width, 0.1 cm depth." After the sutures were removed, Dr. Gordon debrided the wound to remove the dead tissue. Mr. Ward tolerated the procedure well. Medihoney paste was put on the wound and a Tubigrip bandage was applied to provide light compression to minimize swelling.

Mr. Ward's physical therapy program was initiated on 9/3/19 and included mobility gait training, pain and edema management and therapeutic exercises with the goal to improve strength and range of motion in his upper and lower extremities and to increase his endurance and build stability to allow him to participate in functional activities.

Over the course of the next month, Mr. Ward returned to the wound clinic on 9/6/19 and 9/13/16. Although the size of the wound gradually got smaller, Dr. Gordon noted "There is devitalized tissue into including subcutaneous tissue but is not improved since last week and the predominance is granulating

Tony Cruz
August 12, 2020
Page Three

tissue." Consequently, during those visits, additional debridement of the lesion was performed. Mr. Ward was seen for a final visit on 10/2/19 at which time the doctor found his wound had healed sufficiently. He was advised to apply moisturizer and scar ointment regularly to protect the area.

As Mr. Ward continued to receive homes services, slowly his strength, endurance and range of motion improved and he returned to his baseline. He was discharged from services related to the 8/8/19 accident on 10/15/19. Mr. Ward received additional services through 12/16/19 but they aren't related and not included in the figures below. We have enclosed for your review, photographs showing the severity of Mr. Ward's injuries, which were taken during his hospitalization and recovery.

## MEDICAL BILLS

| Provider | Date | Amount |
|---|---|---|
| Brevard County Fire & Rescue<br>1040 South Florida Avenue<br>Rockledge, FL | 8/8/19 | $ 724.00 |
| Holmes Regional Medical Center<br>1350 South Hickory Street<br>Melbourne, FL | 8/8/19 | $ 1,315.07 |
| Brevard Physician Associates<br>P.O. Box 2400<br>Melbourne, FL | 8/8/19 | $ 421.00 |
| Lawrence General Hospital<br>1 General Street<br>Lawrence, MA | 8/12/19—8/16/19 | $ 11,886.64 |
| L & M Radiology Associates<br>2527 Cranberry Highway<br>Wareham, MA | 8/13/19 | $ 180.00 |
| Pathways Healthcare<br>101 Station Drive #240<br>Westwood, MA | 8/20/19—10/15/19 | $ 3,810.01 |
| Holy Family Hospital<br>70 East Street<br>Methuen, MA | 8/30/19—10/2/19 | $ 1,761.71 |
| TOTAL MEDICAL EXPENSES: | | $20,098.43 |

Tony Cruz
August 12, 2020
Page Four

## RELATED EXPENSES

Due to Mr. Ward need for immediate medical care, he was forced to remain in Florida overnight before returning home 8/9/19. As a result, he incurred additional expenses in the amount of $177.15 for a rental car and hotel.

Our demand for settlement at this time is $250,000.00. Please contact me once you have had an opportunity to review the enclosed materials so that we may discuss settlement of this matter. Thank you.

Very truly yours,

Eldon D. Goodhue

EDG:kab
Encs.

ENCLOSURES

| | | |
|---|---|---|
| 1. | Brevard County Fire & Rescue | Medical records and bill |
| 2. | Holmes Regional Medical Center | Medical records and bill |
| 3. | Brevard Physician Associates | Bill |
| 4. | Lawrence General Hospital | Medical records and bills |
| 5. | L & M Radiology Associates | Bill |
| 6. | Pathways Healthcare | Medicals records and bills |
| 7. | Holy Family Hospital | Medical records and bills |
| 8. | American Airlines Boarding Passes | |
| 9 | Hertz Rental Car | Receipt |
| 10. | Comfort Suites | Receipt |
| 11. | Photographs depicting damage to Mr. Ward's injuries | |