# EXHIBIT E



# William Francis Galvin
## Secretary of the Commonwealth of Massachusetts



HOME    DIRECTIONS    CONTACT US

- Citizen Information Service
- Commonwealth Museum
- Corporations
- Elections and Voting
- Lobbyist
- Archives
- Massachusetts Historical Commission
- Public Records
- Publications and Regulations / Bookstore
- Registry of Deeds
- Securities
- State House Tours
- Agency Records Center
- Regional Offices
- Address Confidentiality Program (ACP)
- Census

# Elections and Voting

## Voter registration status

**Note:** All links presented on the page open in a new window or tab

Voter registration information is updated daily based on data received from city and town election departments. Last update: Wednesday, December 28, 2022 4:31 AM

If the information below is no longer accurate, submit a new voter registration form online (opens in new window or tab).

If you have recently made changes to your voter registration, including address and/or party enrollment, please check with your local election official regarding eligibility to vote in the next election.

**Voter registration details for:**

Name: CYNTHIA J WARD            Voting Status: ███
Date of Birth: ███                Party Enrollment: ███

Residential Address: 11 ARDMORE CT NORTH ANDOVER, MA 01845

**Vote at the following location:**

Ward Number:    0            Precinct Number:    03
Facility Name:  NORTH ANDOVER HIGH SCHOOL
Address:        430 OSGOOD STREET

Your voting location is provided by the local elections official in the city or town where you reside. If you have any questions, contact your city or town clerk directly.

**Your city or town clerk is:**

TOWN CLERK
120 MAIN STREET
NORTH ANDOVER, MA
NORTH ANDOVER, MA 01845

Phone: 978-688-9501          Email address: dwarren@northandoverma.gov
Fax: 978-688-9557            Website: www.northandoverma.gov

**Your elected officials are:**

Statewide office holders for the Commonwealth:

| | |
|---|---|
| Governor: | CHARLES D. BAKER |
| Lieutenant Governor: | KARYN E. POLITO |
| Secretary: | WILLIAM FRANCIS GALVIN |
| Auditor: | SUZANNE M. BUMP |
| Treasurer: | DEBORAH B. GOLDBERG |
| Attorney General: | MAURA HEALEY |
| U.S. Senator: | ELIZABETH A. WARREN |
| U.S. Senator: | EDWARD J. MARKEY |

New 2022 Election Districts:

| | |
|---|---|
| Congressional: | SIXTH DISTRICT |
| State Senate: | SECOND ESSEX & MIDDLESEX DISTRICT |

| | |
|---|---|
| State Representative: | FOURTEENTH ESSEX DISTRICT |
| Governor's Council: | FIFTH DISTRICT |
| District Attorney: | EASTERN DISTRICT |

To find information about your current state legislators, visit: MAlegislature.gov

[Back to search]

William Francis Galvin, Secretary of the Commonwealth of Massachusetts
Terms and Conditions
Accessibility Statement