# EXHIBIT F



**NOTE: Cynthia**

**1 OF 1 RECORD(S)**

FOR INFORMATIONAL PURPOSES ONLY
Copyright 2022 LexisNexis
a division of Reed Elsevier Inc. All Rights Reserved.

Date:12/20/2022
Report processed by:
Morgan & Akins PLLC

| Full Name | Address | County | Phone |
|---|---|---|---|
| WARD, CYNTHIA J | 11 ARDMORE CT<br>NORTH ANDOVER, MA 01845-4240<br>ESSEX COUNTY | ESSEX | |

## ADDITIONAL PERSONAL INFORMATION

| SSN | DOB | Gender | LexID(sm) | Email |
|---|---|---|---|---|
| | | Female | 000516398788 |  |

## Subject Summary

**Name Variations**
1:   CORREA, CYNTHIA
2:   WARD, CYNTHIA
3:   WARD, CYNTHIA J
4:   WARD, CYNTHIA M
5:   WARD, CYNTHIA MRS

**SSNs Summary**

| No. | SSN | State Iss. | Date Iss. | Warnings |
|---|---|---|---|---|
| | | Most frequent SSN attributed to subject: | | |
| 1: | | Massachusetts | | |

**DOBs**
**Reported DOBs:**



**Others Using SSN - 0 records found**
**Address Summary - 6 records found**

| No. | Address |
|---|---|
| 1: | 11 ARDMORE CT<br>NORTH ANDOVER, MA 01845-4240<br>ESSEX COUNTY |
| 2: | 25 DEVON CT<br>NORTH ANDOVER, MA 01845-4283<br>ESSEX COUNTY |
| 3: | 17 EMERSON CT<br>NORTH ANDOVER, MA 01845-4284 |

**1: Massachusetts Driver License**

**Driver Information**

- **Name:** WARD, CYNTHIA J
- **Address:** 11 ARDMORE CT
  NORTH ANDOVER, MA 01845-4240
  ESSEX COUNTY
- **Data source:** Governmental: MA

**Personal Information**

- **SSN:** 026-38-XXXX
- **DOB:** 05/1949
- **Gender:** Female
- **Height:** 5'02"

**License Information**

- **License Type:** OPERATOR
- **License Class:** CLASS D - OPERATOR
- **Issue Date:** 03/27/2019
- **Expiration Date:** 05/2023

**Additional Driver Information**

- **DOB:** 05/1949
- **Gender:** Female
- **History:** Current
- **Height:** 5'02"

