# EXHIBIT G



NOTE: Cynthia

1 OF 1 RECORD(S)

FOR INFORMATIONAL PURPOSES ONLY
Copyright 2022 LexisNexis
a division of Reed Elsevier Inc. All Rights Reserved.

Date: 12/20/2022
Report processed by:
Morgan & Akins PLLC

| Full Name | Address | County | Phone |
|---|---|---|---|
| WARD, CYNTHIA J | 11 ARDMORE CT<br>NORTH ANDOVER, MA 01845-4240<br>ESSEX COUNTY | ESSEX | ▮▮▮ |

**ADDITIONAL PERSONAL INFORMATION**

| SSN | DOB | Gender | LexID(sm) | Email |
|---|---|---|---|---|
| ▮▮▮ | ▮▮▮ | Female | 000516398788 | ▮▮▮ |



**Subject Summary**

**Name Variations**
1:   CORREA, CYNTHIA
2:   WARD, CYNTHIA
3:   WARD, CYNTHIA J
4:   WARD, CYNTHIA M
5:   WARD, CYNTHIA MRS

**SSNs Summary**

| No. | SSN | State Iss. | Date Iss. | Warnings |
|---|---|---|---|---|
| | | Most frequent SSN attributed to subject: | | |
| 1: | ▮▮▮ | Massachusetts | ▮▮▮ | |

**DOBs**
Reported DOBs:
1950
5/1949

**Others Using SSN - 0 records found**
**Address Summary - 6 records found**
No.   Address
1:    11 ARDMORE CT
      NORTH ANDOVER, MA 01845-4240
      ESSEX COUNTY

2:    25 DEVON CT
      NORTH ANDOVER, MA 01845-4283
      ESSEX COUNTY

3:    17 EMERSON CT
      NORTH ANDOVER, MA 01845-4284

**Motor Vehicle Registrations - 12 records found**

**1: MA MVR**

### Registrant Information
#### Registrant 1
**Registrant:** WARD, CYNTHIA J

**DOB:** 5/1949
**Address:** 11 ARDMORE CT
NORTH ANDOVER, MA 01845-4240
ESSEX COUNTY

#### Registrant 2
**Registrant:** WARD, WILLIAM E

**DOB:** 2/1976
**Address:** 11 ARDMORE CT
NORTH ANDOVER, MA 01845-4240
ESSEX COUNTY

### Registration Information
**Original Registration Date:** 7/7/2021
**Registration Date:** 7/7/2021
**Registration Expiration Date:** 7/7/2022

### Vehicle Information
**VIN:** 5TDBZRFH5HS454415
**Class:** PASSENGER CAR/LIGHT TRUCK
**Model Year:** 2017
**Make:** Toyota
**Model:** Highlander
**Series:** LE/LE PLUS
**Body Style:** 4 Dr Wagon Sport Utility
**Color:** Gray

### Plate Information
**License Plate Type:** Private
**Previous Plate Number:** 6RX676
**Previous Plate State:** MA
**License Plate Number:** 5561
**Plate State:** MA

### Source Information
**Data Source:** GOVERNMENTAL

