# EXHIBIT H

## *Eduardo Trujillo, III and Lizeth Trujillo, his wife, v. T.D. Medical, Inc., and Miguel Nunez; 2014 Jury Verdicts LEXIS 7238*

13-23500-CA

August 12, 2014

**Headline:** Plaintiff: Bolts on Wheelchair Armrest Weren't Tightened

**Published Date:** September 01, 2014

**Topic:** Worker/Workplace Negligence - Negligent Assembly or Installation

**Injury:** Fracture, Femur, Loss of Consortium, Decreased Range of Motion

**Practice Area:** Civil Procedure; Family Law; Torts; Transportation Law

**State:** Florida

**Court:** Miami-Dade County Circuit Court, 11th

**Plaintiff Counsel**

Jeffrey R. Davis

Firm Name: Jeffrey R. Davis, P.A.

Address: Miami, FL

Plaintiff Name: (Eduardo Trujillo, Lizeth Trujillo)

Jeffrey S. Altman

Firm Name: Jeffrey S. Altman, P.A.

Address: Miami, FL

Plaintiff Name: (Eduardo Trujillo, Lizeth Trujillo)

**Defendant Counsel**

Gerry A. Giurato

Firm Name: Murphy & Anderson, P.A.

Address: Jacksonville, FL

Defendant Name: (Miguel Nunez, T.D. Medical Inc.)

Christen E. Luikart

Firm Name: Murphy & Anderson, P.A.

Address: Jacksonville, FL

Defendant Name: (Miguel Nunez, T.D. Medical Inc.)

**Judge:** Jose Rodriguez

**Case Summary**
On Aug. 13, 2012, plaintiff Eduardo Trujillo III, 40, a musician who has spinal muscular atrophy, received a new wheelchair from T.D. Medical Inc. that was delivered to him at his Miami home by its employee Miguel Nunez.

Eduardo Trujillo, III and Lizeth Trujillo, his wife, v. T.D. Medical, Inc., and Miguel Nunez; 2014 Jury Verdicts LEXIS 7238

Trujillo claimed that after Nunez delivered the wheelchair, adjusted the armrests, and left his home, the left side wheelchair armrest collapsed, causing him to fall to the ground. Trujillo fractured his right femur.

Trujillo sued T.D. Medical, which supplied the wheelchair, and Nunez for alleged negligent assembly and delivery of the wheelchair.

Trujillo had ordered the wheelchair custom-made. His counsel claimed that T.D. Medical failed to fit it properly for him. They claimed that Nunez, a technician employed by T.D. Medical to provide adjustments to Trujillo's chair upon delivery, failed to tighten the bolts that controlled the pivoting of the armrest. They also claimed that had Nunez tightened the bolts, the armrest would not have fallen and caused Trujillo to lose his balance and fall.

Defense counsel denied that the armrest was negligently adjusted. They also claimed that if the armrest fell, the wheelchair manufacturer was responsible. Nunez claimed he tightened everything perfectly.

**Injury Text:**

Trujillo sustained a fracture to his right femur and underwent immobilization of the leg. He did not have surgery and the fracture healed on its own. He claimed he suffered a decreased range of motion of his leg.

Trujillo sought to recover damages for past medical costs, past lost earnings, and past and future pain and suffering. His wife, Lizeth, who initially joined the action on a consortium claim, dropped the claim prior to trial.

The defense's orthopedic expert testified that Trujillo did not suffer a permanent injury. He also noted that Trujillo was already 100 percent disabled and confined to a wheelchair before the accident due to his underlying spinal muscular atrophy. He also pointed out that Trujillo was unable to walk before the accident due to his spinal condition.

**Trial Length**

3.0 days

**Jury Deliberation**

90.0 minutes

**Jury Composition**

3 male, 3 female

**Insurer:**

Benchmark Insurance for T.D. Medical Inc. and Miguel Nunez

**Plaintiff Amounts:**

(Eduardo Trujillo)

  $7,100 Personal Injury: Past Medical Cost

  $500 Personal Injury: Past Lost Earnings Capability

  $360,000 Personal Injury: Past Pain And Suffering

  $440,000 Personal Injury: Future Pain And Suffering

**Plaintiff Expert(s)**

Eduardo Trujillo, III and Lizeth Trujillo, his wife, v. T.D. Medical, Inc., and Miguel Nunez; 2014 Jury Verdicts LEXIS 7238

David A. Peterson, M.D.

Address: Winter Park, FL

Specialty: Orthopedics

Affiliation: treating, Jeffrey Davis, Jeffrey Altman

**Defendant Expert(s)**

Michael Ziede, M.D.

Address: West Palm Beach, FL

Specialty: Orthopedic Surgery

Affiliation: Gerry Giurato

**Award:** $ 807,600

**Award Details.** The jury found the defendants 100 percent negligent. It determined that Trujillo's damages totaled $807,600.



*www.verdictsearch.com/index.jsp*

Copyright 2014 ALM Media Properties, LLC.
All Rights Reserved
Further duplication without permission is prohibited
Florida Reporter Vol. 12

End of Document