# EXHIBIT I

3 VERp

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 13-23500 CA 15

EDUARDO TRUJILLO, III,
and LIZETH TRUJILLO, his wife,

          Plaintiffs,

vs.

T.D. MEDICAL, INC.,
a Florida Profit Corporation, and
MIGUEL NUNEZ

          Defendants.
_____/



FILED FOR RECORD
2014 AUG 13 PM 4:55

## VERDICT

We, the jury, return the following verdict:

1. Was the negligence of the Defendants T.D. MEDICAL, INC. and/or MIGUEL NUNEZ, a legal cause of loss, injury and damage to EDUARDO TRUJILLO, III?

    YES ✓      NO _____

If your answer to question 1, is NO, your verdict is for the Defendants, and you should not proceed further except to date and sign this Verdict Form and return it to the courtroom. If your answer to question 1 is YES, please answer Question 2.

2. Was there negligence on the part of EDUARDO TRUJILLO, III, which was a legal cause of his loss, injury or damage?

    YES _____      NO ✓

If your answer to question 2 is NO, please skip Question #3 and proceed to Question #4.

Trujillo v. T.D. Medical Inc.
Page 2

3. State the percentage of fault which was a legal cause of loss, injury or damage to the Plaintiff that you charge to:

TD Medical, Inc. and Miguel Nunez  _____%

Eduardo Trujillo, III  _____%

Total must be 100%

4. What is the amount of damages sustained by Plaintiff, EDUARDO TRUJILLO, III, as a result of the incident in this case for medical expenses in the past?

$ 7100

Please answer question 5.

5. What is the amount of damages sustained by Plaintiff, EDUARDO TRUJILLO, III, as a result of the incident in this case for lost earnings in the past?

$ 500

Please answer question 6.

6. What is the amount of damages sustained, if any, by EDUARDO TRUJILLO, III, for pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, aggravation of a disease or physical defect or loss of capacity for enjoyment of life;

a) In the past?  $ 360,000

Trujillo v. T.D. Medical Inc.
Page 3

b) In the future?  $ 440,000

**Total of the above damages (add lines 4 through 6b).**

$ 807,600

SO SAY WE ALL, this __13__ day of __August__, 2014.

_____
FOREPERSON
Shaun Haines