# EXHIBIT J

# TOMMIE M. THOMPSON and BARBARA L. THOMPSON vs. RADIOLOGY ASSOCIATES OF TALLAHASSEE, P.A; 2022 FL JURY VERDICTS RPTR. LEXIS 190

Docket No. 2020-CA-0011797; FLTVR Reference No. 20:01-18

Oct. 27, 2022

**Published:** December, 2022

**Topic:** Medical Malpractice - Radiology - Patient Recovering From Shoulder Surgery Injured During CT Scan

**Result:**

($ 28,909.74 -- past medical expenses; $ 15,000 -- future medical expenses; $ 250,000 -- past pain and suffering; $ 250,000 -- future pain and suffering; $ 50,000 -- past loss of consortium; $ 50,000 -- future loss of consortium).

**Injury:** Nature Of Injury: Tear to shoulder; pain and suffering; loss of consortium.

**Practice Area:** Family Law

**State:** Florida

**County:** Leon

**Judge:** John C. Cooper

**Plaintiff Profile**

Tommie M. Thompson

Sex: Male

Barbara L. Thompson

Sex: Female

**Plaintiff Counsel**

Scott C. Barnes and Geoffrey Pittman of Ward & Barnes, P.A., Pensacola, FL

**Defendant Counsel**

S. William Fuller, Jr., of Hall Booth, et al., Tallahassee, FL

**Case Summary**

Cause Of Injury: On June 24, 2020, plaintiffs Tommie M. Thompson and Barbara L. Thompson, a married couple, filed an action against defendant Radiology Associates of Tallahassee, P.A. Plaintiffs claimed that on May 3, 2018, Tommie Thompson underwent a right shoulder replacement. On July 11, 2018, he went to defendant's facility for a CT scan of his chest. Although staff were allegedly aware of his recent shoulder surgery, they asked him to place his hands above his head. When he was unable to do so because of his limited range of motion, staff attempted to manipulate his arms above his head, causing him to sustain a full thickness tear to the subscapularis tendon. Plaintiffs asserted claims for Tommie Thompson's injuries and a loss of consortium claim for Barbara Thompson.

Defendant denied the allegations.

**Plaintiff Expert(s)**

TOMMIE M. THOMPSON and BARBARA L. THOMPSON vs. RADIOLOGY ASSOCIATES OF TALLAHASSEE, P.A; 2022 FL JURY VERDICTS RPTR. LEXIS 190

Richard P. Davis, M.D., M.B.A., Radiology, Indian Harbour Beach, FL

**Defendant Expert(s)**

Mark Carter, M.D., Radiology, Jacksonville, FL

Copyright unresolved Florida Legal Perio dicals, Inc.
FLORIDA JURY VERDICT REPORTER (FJVR)

**End of Document**