# EXHIBIT K

FILED IN
OPEN COURT
DATE 10/27/2022

IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
IN AND FOR LEON COUNTY, FLORIDA

TOMMIE M. THOMPSON and
BARBARA L. THOMPSON, Husband
And Wife

        Plaintiffs,

CASE NO.: 2020 CA 001197

RADIOLOGY ASSOCIATES OF
TALLAHASSEE, P.A.

        Defendant.
_____/

## VERDICT FORM

1. Was there negligence on the part of Defendant RADIOLOGY ASSOCIATES OF TALLAHASSEE, P.A., which was a legal cause of injury or damage to Plaintiff TOMMIE M. THOMPSON

    (circle one):

    

    **YES**     NO

    JW

    *If your answer to question 1 is NO, your verdict is for defendants, and you should not proceed further except to date and sign this verdict form and return it to the courtroom. If your answer to question 1 is YES, please answer the remaining questions and total the damages.*

## DAMAGES

2. What is the total amount of damages sustained by TOMMIE M. THOMPSON in the past for medical expenses legally caused by the negligence of Defendant RADIOLOGY ASSOCIATES OF TALLAHASSEE, P.A.?

    $ 28,909.74 (a)



3. What is the amount of damages, if any, for medical expenses legally caused by the negligence of RADIOLOGY ASSOCIATES OF TALLAHASSE, P.A. to be sustained by TOMMIE M. THOMPSON in future years?

$ __15,000.00__ (b)

4. What is the amount of TOMMIE M. THOMPSON's damages legally caused by the negligence of Defendant RADIOLOGY ASSOCIATES OF TALLAHASSEE, P.A., for pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, or loss of capacity for enjoyment of life in the past?

$ __250,000.00__ (c)

5. What is the amount of TOMMIE M. THOMPSON's damages legally caused by the negligence of Defendant RADIOLOGY ASSOCIATES OF TALLAHASSEE, P.A., for pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, or loss of capacity for enjoyment of life in the future?

$ __250,000.00__ (d)

6. What is the total amount of BARBARA L. THOMPSON's damages, if any, for the loss of her husband's services, comfort, society and attention in the past, that were caused by the negligence of Defendant RADIOLOGY ASSOCIATES OF TALLAHASSEE, P.A and resulting injury to Mr. Thompson.

$ __50,000.00__ (e)

7. What is the total amount of BARBARA L. THOMPSON's damages, if any, for the loss of her husband's services, comfort, society and attention in the future, that were caused by the negligence of Defendant RADIOLOGY ASSOCIATES OF TALLAHASSEE, P.A and resulting injury to Mr. Thompson.

$ __50,000.00__ (f)

**TOTAL DAMAGES** (add lines (a), (b), (c), (d), (e), and (f))

$ 643,909.74

SO SAY WE ALL this 27th day of October, 2022.

_____
FOREPERSON

3