UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:22-cv-2229-RBD-DAB

THOMAS WARD and CYNTHIA WARD,

    Plaintiffs,

vs.

AMERICAN AIRLINES, INC., and
MENZIES AVIATION U.S.A., INC.,

    Defendants.

_____/

**MENZIES AVIATION U.S.A., INC.'S NOTICE OF LEAD COUNSEL DESIGNATION**

Defendant, Menzies Aviation U.S.A., Inc., by and through its attorneys, Condon & Forsyth LLP, pursuant to and in accordance with Local Rule 2.02(a) of the United States District Court for the Middle District of Florida and the "Notice to Counsel," dated December 5, 2022 [DE 7], submits this Notice of Lead Counsel Designation. In support thereof, Menzies states as follows:

1. John Maggio, Esq., Florida Bar No. 125425, of the law firm of Condon & Forsyth LLP, 701 Brickell Avenue, Suite 1550, Miami, FL 33131, is designated lead counsel in this action.

Dated:  Miami, Florida
          January 4, 2023

Respectfully submitted,

_____
John Maggio, Esq.
jmaggio@condonlaw.com
Florida Bar No. 125425
CONDON & FORSYTH, LLP
Attorneys for Menzies Aviation U.S.A., Inc.
701 Brickell Avenue - Suite 1550
Miami, FL  33131
Phone: (305) 492-7303

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on January 4, 2023, and the foregoing document is being served this day on all counsel or parties of record on the Service List below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

      /s/John Maggio
      John Maggio

SERVICE LIST

Louis J. Muggeo, Esq.
LOUIS J. MUGGEO & ASSOCIATES
133 Washington Street
Salem, MA  01970
lmuggeo@ljmassoc.com

Patrick K. Dahl, Esq.
MORGAN & AKINS, PLLC
501 E. Las Olas Boulevard
Suite 300
Ft. Lauderdale, FL 33301
pdahl@morganakins.com