UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:22-CV-2229-RBD-DAB

THOMAS WARD and CYNTHIA WARD,

    Plaintiffs,

vs.

AMERICAN AIRLINES, INC., and
MENZIES AVIATION U.S.A. INC.,

    Defendants.
_____/

## THOMAS WARD AND CYNTHIA WARD'S NOTICE OF LEAD COUNSEL DESIGNATION

    Plaintiffs, Thomas Ward and Cynthia Ward, by and through their attorneys, Louis J. Muggeo & Associates, pursuant to and in accordance with Local Rule 2.02(a) of the United States District Court for the Middle District of Florida and the "Notice to Counsel," dated December 5, 2022 [DE 7], submits this Notice of Lead Counsel Designation. In support thereof, Thomas Ward and Cynthia Ward state as follows:

    I, Louis J. Muggeo, Florida Bar #0656054, Law Firm of Louis J. Muggeo & Associates, 133 Washington Street, Salem, MA is designated lead counsel in this action.

**Dated: Salem, MA**
       **January 9, 2023**

Respectfully submitted,

Plaintiffs, David Compers & Cynthia Gompers
By Their Attorneys,
LOUIS J. MUGGEO & ASSOCIATES
Attorney for the Plaintiff
133 Washington Street
Salem, MA  01970
(978) 741-1177
(978) 832-1177 - Facsimile

Dated:  January 9, 2023                         */s/ Louis J. Muggeo*
By:  Louis J. Muggeo, Esq.
Florida Bar #0656054
lmuggeo@ljmassoc.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on January 9, 2023, and the foregoing document is being served this day on all counsel or parties of record on the Service List below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

*/s/ Louis J. Muggeo*
By:  Louis J. Muggeo, Esq.
Florida Bar #0656054
lmuggeo@ljmassoc.com

*Attorneys for American Airlines*
**Patrick K. Dahl, Esq.**
**MORGAN & AKINS, PLLC**
**501 E. Las Olas Boulevard**
**Suite 300**
**Ft. Lauderdale, FL  33301**
**pdahl@morganakins.com**

*Attorneys for Menzies Aviation U.S.A., Inc.*
**John Maggio, Esq.**
**CONDON & FORSYTH, LLP**
**701 Brickell Avenue, Suite 1550**
**Miami, FL  33131**
**jmaggio@condonlaw.com**