UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:22-cv-2229-RBD-DAB

THOMAS WARD and CYNTHIA WARD,

    Plaintiffs,

vs.

AMERICAN AIRLINES, INC., and
MENZIES AVIATION U.S.A., INC.,

    Defendants.
_____/

**DISCLOSURE STATEMENT PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

Defendant, Menzies Aviation U.S.A., Inc., by and through its attorneys, Condon & Forsyth, LLP, pursuant to and in accordance with Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.03 of the Local Rules for the United States District Court for the Middle District of Florida, makes the following disclosure(s):

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is not such corporation:

    a. The parent corporation of Menzies Aviation U.S.A., Inc. is John Menzies, plc., whose parent company is Agility Public Warehousing Company K.S.C.P., a publicly held corporation. No publicly held corporation holds 10% or more stock of Agility.

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or

other unincorporated entity, a party must list the citizenships of all members or partners of that entity.]:

    a. Pursuant to 28 U.S.C. § 1332(c)(1), Defendant, Menzies Aviation U.S.A., Inc., is a citizen of Delaware (state of incorporation), and Texas (principal place of business);

    b. Upon information and belief, and pursuant to 28 U.S.C. § 1332(c)(1), Co-Defendant, American Airlines, Inc., is a citizen of Delaware (state of incorporation), and Texas (principal place of business);

    c. Upon information and belief, and pursuant to 28 U.S.C. § 1332, the Plaintiff, Thomas Ward, is a resident and citizen of North Andover, Essex County, Massachusetts.

    d. Upon information and belief, and pursuant to 28 U.S.C. § 1332, the Plaintiff, Cynthia Ward, is a resident and citizen of North Andover, Essex County, Massachusetts.

3. Identify each person – including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity – that has or might have an interest in the outcome:

    a. Menzies Aviation U.S.A., Inc. – Defendant

    b. American Airlines, Inc. – Defendant

    c. Thomas Ward – Plaintiff

    d. Cynthia Ward – Plaintiff

    e. John Maggio, Esq. (counsel for Menzies Aviation U.S.A., Inc.)
       Eli G. Burton, Esq. (counsel for Menzies Aviation U.S.A., Inc.)
       Condon & Forsyth, LLP
       701 Brickell Avenue
       Suite 1550
       Miami, FL 33131

    f. Patrick K. Dahl, Esq. (counsel for American Airlines, Inc.)
       Morgan & Akins, PLLC
       501 E. Las Olas Blvd.
       Suite 300
       Ft. Lauderdale, FL 33301

  g. Louis J. Muggeo, Esq. (counsel for Plaintiffs)
    Louis J. Muggeo & Associates
    133 Washington Street
    Salem, MA 01970

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

  None known at this time.

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

  None known at this time.

6. Identify each person arguably eligible for restitution:

  a. Thomas Ward – individual.

  b. Cynthia Ward – individual.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: Miami, Florida
    January 9, 2023

              CONDON & FORSYTH LLP

              */s/ John Maggio*
              _____
              John Maggio, Esq.
              jmaggio@condonlaw.com
              Florida Bar No. 125425
              Eli G. Burton, Esq.
              eburton@condonlaw.com
              Florida Bar No. 116142
              Attorneys for Menzies Aviation U.S.A., Inc.
              701 Brickell Avenue - Suite 1550
              Miami, FL  33131
              Phone: (305) 492-7303